RAILROAD COMPANY *v.* STURGEON.

LUSK, et al., v. SAWYER, et al.

*Messrs. A. C. Avery* and *J. C. L. Harris*, for plaintiffs (appellants).

*Messrs. R. O. Burton* and *F. I. Osborne*, for defendants.

*Per Curiam:* For the reasons assigned in *Wood* v. *Bellamy*, the judgment of the court below is affirmed.

---

PERSON, et al., v. SOUTHERLAND, et al.

*Messrs. MacRae & Day*, for plaintiffs (appellants).

*Messrs. W. C. Munroe, Aycock & Daniels* and *I. F. Dortch*, for defendants.

*Per Curiam:* For the reasons assigned in *Wood* v. *Bellamy* the judgment of the court below is affirmed.